**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ANTONY ESNILSSEN RAMOS,

Petitioner,

v.

WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et al.,

Respondents.

No. 1:26-cv-05290-JLT-EPG

A-Number: 241-722-742

ORDER GRANTING RESPONDENTS' REQUEST TO SEAL DOCUMENT

(Doc. 20)

Pursuant to Local Rule 141 of the E.D. Cal. (FRCP 5.2, 26), the Court has reviewed Respondents' request to seal certain pages within Exhibit 7 of Doc. 19 from the public docket. Finding good cause, and the Court hereby **GRANTS** the request.

Pages 27-39 and 302-375 attached to Respondent's Supplement to the Record in Doc. 19 are now **SEALED** until further order of the Court.

IT IS SO ORDERED.

Dated: _September 22, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE